

**Lawgistic Partners**
3141 Fernbrook Lane, Suite 101
Plymouth, MN 55447
(612)800-9500

## In The United States District Court for the District of Arizona of the State of Arizona In and For the County of Maricopa
, AZ

G&G Closed Circuit Events, LLC
vs.
Marisa Mesa ET AL

CERTIFICATE OF SERVICE
Case No. CV-20-00470-TUC-JAS

___

The undersigned certifies under penalty of perjury: That I am a private process server registered in Pima County and an officer of the court. On 12/24/2020, I received SUMMONS, COMPLAINT, CERTIFICATE OF INTERESTED PARTIES, CORPORATE DISCLOSURE STATEMENT, CONSENT TO MAGISTRATE from Lippman Recupero, LLC. In each instance I served 1 copy(ies) of each document listed above upon: MARISA MESA on 01/09/2021 at 6:16 PM at 5284 S Placita Brisa Grande , in Tucson, AZ 85706 in PIMA County in person.

Additional Comments: The Defendant stated she is not married.

Description of Person Accepting Service:

Sex: **Female** Skin: **Light** Hair: **Blonde** Age: **55** Height: **5ft 7in** Weight: **180**

Military Status: 'N/A'
Marriage Status: 'N/A'

I declare, under penalty of perjury that the foregoing is true and correct. Executed on 01/19/2021

X_____
**Gary Chatham**, PM624, Affiant
Certified in the County of Pima

Service of Process - Routine     $0.00

**TOTAL:**     **$0.00**

Client: Lippman Recupero, LLC
Client File: 253256