UNITED STATES DISTRICT COURT
TUCSON DIVISION
DISTRICT OF ARIZONA

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | No. CV 20-470-TUC-JAS |
| Plaintiff. | |
| vs. | **ORDER** |
| Marisa Mesa, individually and d/b/a Club 520 Nightclub; and The Club Enterprises, LLC, an unknown business entity d/b/a Club 520 Nightclub, | |
| Defendants. | Hon. James A. Soto |

The Court, having considered Plaintiff's Stipulation for Extension to File Joint Rule 16 Report, and good cause appearing, therefore **IT IS HEREBY ORDERED** that the Joint Rule 16 Report shall now be filed with the Court no later than **4/22/21**

**IT IS FURTHER ORDERED** that the motion to substitute attorney (Doc. 11) is **granted; the Clerk of the Court shall update the docket to reflect the substation of attorney indicated in Doc. 11**.

Dated this 12th day of March, 2021.

_____
Honorable James A. Soto
United States District Judge