# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Marisa Mesa, individually and d/b/a/<br>Club 520 Nightclub, et al.<br><br>    Defendants. | No. CV 20-00470-TUC-JAS<br><br>**ORDER** |

The Court, having reviewed the parties' Joint Motion (Doc. 22) to Extend Discovery Deadline and good cause appearing,

**IT IS ORDERED** granting the Joint Motion to Extend Discovery Deadline.

**IT IS FURTHER ORDERED** that the deadline for completing all discovery is extended to December 30, 2021.

Dated this 19th day of November, 2021.

Honorable James A. Soto
United States District Judge