1  **THE LAW OFFICE OF NED GARN PLLC**
   **Ned Garn**
2  435 N. Caribe Pl.
   Tucson, Arizona 85710
3  (520) 624-4075
   PCCN  /AZBN 019474
4  nedgarn@hotmail.com
   Attorney for Defendants

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| G & G Closed Circuit Events, LLC, | ) | No. CV 20-470-TUC-JAS |
|---|---|---|
| | ) | |
| | ) | **AMENDED NOTICE OF** |
| Plaintiff, | ) | **DEPOSITION OF NICOLAS** |
| | ) | **GAGLIARDI** |
| v. | ) | |
| | ) | |
| Marisa Mesa, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of NICOLAS GAGLIARDI, on oral examination before an authorized Notary Public, on December 16, 2021 at 9:00 a.m. (Arizona time) via Zoom.  (See attached sheet for link and other directions.)

Dated November 29, 2021

                                                                  **THE LAW OFFICE OF**
                                                                  **NED GARN PLLC**

                                                                  **/s/ Ned Garn**

                                                                  Attorney for Defendants

| | |
|---|---|
| 1 | Copy of the foregoing emailed this |
| 2 | 29th day of November 2021 to: |
| 3 | Blake Mayes |
| 4 | blake@mayestelles.com |
| 5 | Edward Hamel |
| 6 | edward@mayestelles.com |
|   | Attorneys for Plaintiff |
| 7 | Raynbo Silva |
| 8 | Certified Court Reporter |
|   | raynboreporting@comcast.net |
| 9 | |
| 10 | I hereby certify that I electronically |
|    | transmitted the attached document to |
| 11 | the Clerk's Office using the CM/ECF System |
|    | for filing and transmittal of a Notice of Electronic Filing |
| 12 | on  November 29, 2021 |
| 13 | |
| 14 | s/Ned Garn |

2

Raynbo Silva is inviting you to a scheduled Zoom meeting.

Topic: G & G Closed Circuit vs. Mesa
Time: Dec 16, 2021 09:00 AM Arizona

Join Zoom Meeting
https://us06web.zoom.us/j/84539704459?pwd=RVpINGtQNDFRR1M0UWVtMmNFczYxdz09

Meeting ID: 845 3970 4459
Passcode: 089002
One tap mobile
+16699006833,,84539704459#,,,,*089002# US (San Jose)
+12532158782,,84539704459#,,,,*089002# US (Tacoma)

Dial by your location
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 929 436 2866 US (New York)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
Meeting ID: 845 3970 4459
Passcode: 089002
Find your local number: https://us06web.zoom.us/u/kbeTYpEdEl