# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Marisa Mesa, individually and d/b/a Club 520 Nightclub; and The Club Enterprises, LLC, an unknown business entity d/b/a Club 520 Nightclub,<br><br>        Defendants. | No. CV-20-00470-TUC-JAS<br><br>**ORDER** |

The parties' joint request for a settlement conference (Doc. 43) is granted. IT IS HEREBY ORDERED that Magistrate Judge Macdonald shall conduct a settlement conference at a date and time that is convenient for him, and that the parties shall comply with any requirements imposed by Magistrate Judge Macdonald in relation to the settlement conference. By no later than 3/3/23, the parties shall contact Magistrate Judge Macdonald's law clerk (Andrea Hill) at 520-205-4521 to schedule the settlement conference. IT IS FURTHER ORDERED that the deadlines in this case are stayed. Within 7 days of the conclusion of the settlement conference, the parties shall file a document with the Court stating whether or not the case settled. In the event the parties can not settle the case, the remaining deadlines are extended until 30 days after the conclusion of the settlement conference.

Dated this 23rd day of February, 2023.

Honorable James A. Soto
United States District Judge